UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO: __10-80149-CR__

        Plaintiff
vs.

__Denice Haggerty__ /

### SENTENCING MINUTES

DATE: __2/10/12__    Court Reporter: __Stephen Franklin__
AUSA __Paul Schwartz__    Defense Counsel: __Albert Levin__
        Deputy Clerk: __Irene Ferrante__

### JUDGMENT AND SENTENCE

Imprisonment __30__ MONTHS as to COUNTS __five__

Probation _____ YEARS as to COUNTS _____

Supervised Release __one__ YEARS as to Counts _____
__✓__ Association restriction *except family*   ___ Employment Requirement   __✓__ Permissible Search   ___ Deportation
___ Mental Health Treatment   ___ Substance abuse treatment   ___ Financial disclosure   ___ No debt
___ No self-employment   ___ Related concern restriction   ___ Sex offender conditions

Assessment $ __100.00__   Fine __∅__   Restitution: _____

___ Counts remaining dismissed on Government motion _____
__✓__ Defendant advised of his right to appeal.
___ Remanded to U.S. Marshal
__✓__ Voluntary Surrender on or before __by 2:00 p.m on 5-4-12__
Recommendation to the Bureau of Prisons __drug program, SD/FL CAMP__

Time in court: __:30__